THE NORFOLK BUILDING AND LOAN. ASSOCIATION OF NEW-
ARK, NEW JERSEY, complainant,

*v.*

JOSEPH STERN et al., defendants.

[Decided February 2d, 1934.]

*Messrs. Colie & Colie,* for the complainant.

*Messrs. Leber & Ruback (Mr. Philip J. Schotland),* for
the defendants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons
stated in the opinion filed in the court below by Vice-Chan-
cellor Fielder, and reported in *113 N. J. Eq. 385.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PAR-
KER, LLOYD, CASE, BODINE, DONGES, PERSKIE, KAYS, HET-
FIELD, DEAR, WELLS, DILL, JJ. 13.

*For reversal*—HEHER, J. 1.